David Lawrence DIXON,
Plaintiff–Appellant,

v.

Paul KIRBY, Commissioner; Howard H. Painter, Warden of Mt. Olive Correctional Complex; Patricia Hanshaw, Mount Olive Correctional Complex Mailroom Supervisor; Paul Rubenstein, Commissioner of Corrections, Nominal Defendant, Defendants–Appellees.

PAPER WINGS; Rose Comics (Eros); Prison Passion; Crutchfield; M & P Sales; Music by Mail; Tape Kingz; Bud Plant Comic Art, Parties in Interest.

No. 02–7115.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 10, 2002.

Decided Oct. 17, 2002.

David Lawrence Dixon, Appellant Pro Se. Daynus Jividen, Office of the Attorney General, Charleston, West Virginia; Charles Patrick Houdyschell, Jr., West Virginia Division of Corrections, Charleston, West Virginia, for Appellees.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

David Lawrence Dixon appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Dixon v. Kirby,* No. CA–01–289–5 (S.D.W.Va. July 16, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*